# United States Bankruptcy Court
## District of Nevada

Case No. **10–19780–mkn**
**Chapter 7**

In re: (Name of Debtor)
   ANGELA HART
    aka ANGELA SALAS
    aka ANGELA DAILEY
    8800 CLAYSTONE COURT
    LAS VEGAS, NV 89129

Social Security No.:
   xxx–xx–2321

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT WILLIAM A LEONARD is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 9/3/10

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court